MEMO ENDORSED

# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.208.2914

anthony@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

September 8, 2022

**By ECF**
Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10006

> The extension until September 30, 2022 is granted.  SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: September 8, 2022
> New York, New York

Re:     **Cardona v. Prestige Management, 20 CV 5549 (ER) (KHP)**

Dear Judge Ramos:

This firm represents Plaintiff Jo-Ann Cardona.  The first of two installments of settlement payments have been made.  However, one of the payments contained an error, and Defendants are discussing how to fix it, and have asked for another week to consider this.  Plaintiff believes we may need the Court's assistance with that to protect her.  Plaintiff respectfully requests an extension of time until September 30 to file a stipulation of dismissal or a request for a conference with the Court.  Defendants consent to this request.

We appreciate the Court's consideration.

Respectfully submitted,

Anthony P. Consiglio

cc:  All Counsel (by ECF)